

# IN THE
# TENTH COURT OF APPEALS

———————

## No. 10-19-00194-CV

## IN RE BRAYDEN CROOK AND JONATHAN CROOK

———————

## Original Proceeding

---

# ORDER

---

Relators' request for an emergency stay is granted. All trial court proceedings in *Humphrey v. Crook*, Cause number 19-0106-CV in the 278th District Court of Leon County, Texas, are Hereby Ordered stayed until further order of this Court or the mandamus proceeding *In Re: Crook*, docket number 10-19-00194-CV, is disposed.

A response is requested from both Respondent and Real Party in Interest to Relators' "Motion for Rehearing" and "Emergency Motion for Rehearing." Any response must be filed with the Clerk of this Court within 7 days from the date of this Order.


PER CURIAM

Before Chief Justice Gray,
       Justice Davis,* and
       Justice Neill
       *(Justice Davis concurs in part and dissents in part.  Justice Davis would not
       grant Relator's request for an emergency stay.)
Order issued and filed June 26, 2019

